IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHARLES E. ALPINE | § | |
| V. | § | CIVIL ACTION NO. 9:07CV234 |
| DEVON A. LONG, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie.  The Report of the Magistrate Judge, which contains her findings of fact and recommendations for the disposition of such action, has been presented for consideration.  It appearing that a copy of such Report was sent to the last known address of the Plaintiff by certified mail, return receipt requested; accordingly, such proposed findings and recommendations will be considered, since no objections have been forthcoming from the Plaintiff.

After careful deliberation concerning such proposed findings and recommendations, it is determined that they are correct and should be adopted by the Court.  It is therefore,

**ORDERED**  that Plaintiff's application for leave to proceed *in forma pauperis* is hereby **DENIED**.  It is further

**ORDERED** that the above-styled civil rights lawsuit  is hereby **DISMISSED WITH PREJUDICE** as to the refiling of another *in forma pauperis* lawsuit raising the same claims as herein presented, but **WITHOUT PREJUDICE** to the refiling of this lawsuit without seeking *in forma pauperis* status and upon payment of the full $350.00 filing fee.  Finally, it is

**ORDERED** that should the Plaintiff pay the full filing fee within 30 days after the date of entry of dismissal, he will be allowed to proceed in this lawsuit as though the full fee had been paid from the outset. All motions not previously ruled on by either party are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **23** day of **October, 2007.**

_____
Ron Clark, United States District Judge